Johnsons v. Reliance Insurance          CV-97-056-M    03/13/98

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Ann Theresa Johnson
and James B. Johnson, Jr.,
      Plaintiffs

      v.                                        Civil No. 97-56-M

Reliance Insurance Company of Illinois,
      Defendant


**O R D E R**


      Defendant insurance company moves for summary judgment on
grounds that plaintiffs have no standing to bring this
declaratory judgment action relative to the scope of insurance
coverage afforded under a policy issued by defendant to its
insured (an alleged tort feasor whom plaintiff is suing in state
court).  Defendant says that under New Hampshire law, applicable
here, this suit is premature since no determination of tort
liability has been made, and, until that happens, plaintiffs have
no claim to or interest in the policy, and there is no
justiciable case or controversy.

      In objecting to defendant's motion, plaintiffs make no
effort to even address the points raised, but simply refer in
cursory fashion to arguments in their memorandum supporting their
own motion for summary judgment — arguments that have nothing to
do with standing, ripeness or whether there exists a justiciable
case or controversy.  Apparently plaintiffs concede <u>sub</u> <u>silentio</u>
that this suit is premature, given their failure to address what
appear to be dispositive points of law.  <u>See</u> <u>Anagnos v.</u>

<u>Scottsdale Ins. Co.</u>, Docket No. 95-E-166, New Hampshire Superior Court (Hillsborough, Northern District), Order dated August 21, 1995 (Groff, J.), attached as Exhibit A to defendant's motion for summary judgment.

Defendant's motion for summary judgment (document no. 10) is granted; plaintiff's motion for summary judgment (document no. 9) is denied; the case is dismissed without prejudice.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

March 13, 1998

cc:  Saheed W. Dahar, Esq.
     David C. Dunn, Esq.

2